NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**UTILITY ASSOCIATES, INC.,**
*Appellant*

**v.**

**DIGITAL ALLY, INC.,**
*Appellee*

———————————

2016-1626

———————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2014-00725.

———————————

**JUDGMENT**

———————————

STEPHEN M. SCHAETZEL, Meunier Carlin & Curfman, LLC, Atlanta, GA, argued for appellant. Also represented by DAVID S. MORELAND.

JENNIFER C. BAILEY, Erise IP, P.A., Overland Park, KS, argued for appellee. Also represented by ADAM PRESCOTT SEITZ.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (LOURIE, TARANTO, and CHEN, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


January 13, 2017                    /s/ Peter R. Marksteiner
Date                                    Peter R. Marksteiner
                                        Clerk of Court